# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                       Civil Action No. 3:15-cv-01544-FJS-DEP

JOHN DOE subscriber assigned IP address 198.255.132.30,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 198.255.132.30. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: May 6, 2016

**IT IS SO ORDERED:**
_____
**David E. Peebles**
**U.S. Magistrate Judge**

**Dated:** May 10, 2016
       **Syracuse, NY**

Respectfully submitted,

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.
jjameslaw@optonline.net
The James Law Firm PLLC
445 Hamilton Avenue
Suite 1102
White Plains, New York 10601
Telephone: 914-358-6423
Facsimile: 914-358-6424
*Attorney for Plaintiff*

1

# CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James